This memorandum opinion was not selected for publication in the New Mexico Reports.  Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**CHARLES BLECHLE, SALLY BLECHLE, CHERYL KURK, PEGGY CHESTER, JOSEPH D. ALBILLAR, and JOHN D. MOSES,**

Plaintiffs-Appellees,

v.                                                                    **NO. 30,572**

**SANGRE ROSE, LLC, JIM VINCENT, and PATRICIA VINCENT,**

Defendants-Appellants.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Raymond Z. Ortiz, District Judge**

Scheuer, Yost & Patterson
Kristofer C. Knutson
Santa Fe, NM

for Appellees

Sangre Rose, LLC
Jim and Patricia Vincent
Santa Fe, NM

Pro Se Appellants

**MEMORANDUM OPINION**

**KENNEDY, Judge.**

Appellants (Defendants) appeal from the district court's "order granting motion to enforce settlement agreement." **[RP 311]** Our notice proposed to affirm. Defendants did not file a memorandum in opposition. *See Frick v. Veazey*, 116 N.M. 246, 247, 861 P.2d 287, 288 (Ct. App. 1993) (recognizing that the failure to file a memorandum in opposition to a calendar notice constitutes acceptance of a proposed disposition). Appellees (Plaintiffs) filed an untimely memorandum supporting our proposed affirmance. For reasons set forth in the notice, we affirm.

**IT IS SO ORDERED.**


_____
**RODERICK T. KENNEDY, Judge**

**WE CONCUR**:


_____
**MICHAEL E. VIGIL, Judge**


_____
**LINDA M. VANZI, Judge**